IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANTE JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 12 CV _____ |
| | ) |
| -vs- | ) (Jury Demand) |
| | ) |
| VILLAGE OF DOLTON POLICE | ) |
| OFFICER DANIEL JOHNSON #526, | ) |
| And OTHER UNKNOWN VILLAGE | ) |
| OF DOLTON POLICE OFFICERS, | ) |
| And VILLAGE OF DOLTON. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, DANTE JENKINS, by his attorney, SHELDON NAGELBERG, alleges as follows:

1. This is a civil action arising under 42 U.S.C. 1983. The jurisdiction of this Court is conferred by 28 U.S.C. 1343 and 28 U.S.C. 1367.

2. Plaintiff Dante Jenkins is a resident of the Northern District of Illinois.

3. Defendants Daniel Johnson #526 and unknown police officers were at all times relevant acting under color of their office as police officers of the Village of Dolton, Illinois. Each is sued in their individual capacity. Defendant Village of Dolton is an Illinois municipal corporation.

1

4. At about 2:00 A.M. on May 24, 2010 the plaintiff Dante Jenkins was arrested at 14209 S. Lincoln Avenue, Dolton, Illinois by the police officer defendants at the direction of defendant Johnson.

5. At all times relevant defendants Johnson and unknown officers did not have probable cause or a reasonable basis to arrest the plaintiff.

6. In response to the order of defendant Johnson to arrest the plaintiff, defendant Johnson used excessive and unreasonable force, including the use of chemical agents and beatings with a club, to place the plaintiff under arrest.

7. Defendant Johnson caused the plaintiff to be charged with the offenses of aggravated assault to a police officer, resisting arrest, and disorderly conduct. None of these charges was based on probable cause or a reasonable belief that the plaintiff had committed an offense.

8. As a result of the foregoing, the plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States, subjected to a malicious prosecution, and suffered personal injuries.

9. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff Dante Jenkins requests that judgment be entered against defendants as follows:

A. Against defendants Johnson and unknown police officers each in unspecified amounts greater than $50,000 for compensatory damages and $50,000 for punitive damages; and

B. That a declaratory judgment issue that defendant Village of Dolton is liable , as the indemnifier, for any award of compensatory damages on plaintiff's federal claims against defendants Johnson and unknown police officers.

Respectfully submitted,

/s/     <u>Sheldon Nagelberg</u>
         Sheldon Nagelberg
         53 West Jackson Boulevard
         Suite 664
         Chicago, Illinois 60604
         312-305-5278

*Attorney for Plaintiff*